### WHALEN v. STATE.

Ohio Appeals, 8th Dist., Cuyahoga Co.

**685. JUSTICES OF THE PEACE—49. Affidavits—943. Prejudice.**

No law authorizing filing affidavit of prejudice against justice of the peace.

**954. PRIVILEGED COMMUNICATION.**

Statement, by defendant, to attorney who was police prosecutor, made after defendant was informed that attorney was prosecuting case and could not represent defendant, and not made for purpose of employing prosecutor as defendant's attorney, not inadmissible.

**1231. VENUE.**

Inferences, from record, showing defendant's premises were on certain street, and that justice court was held in particular county, sufficient to show venue.

G. A. Hurley, Cleveland, for Whalen.

F. A. Irvine, Cleveland, for State.

VICKERY, J.

1. In prosecution before justice of peace for selling liquor, application for change of venue, based on prejudice, against justice of peace, held not tenable; there being no law authorizing filing affidavit of prejudice against justice of peace.

(Continued on Page 270)

# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

### April 12, 1928

21080—Bayard T. Wright v. Arthur H. Clark. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Paul Howland, Cleveland, for plaintiff; Thompson, Hine & Flory, Cleveland, for defendant.

21081—Murray G. Millhouse et al v. The Regal Oil Refining Co. Motion for an order directing the Court of Appeals of Miami county to certify its record. Losh O. Harbaugh, Piqua, for plaintiff; A. W. DeWeese, Piqua, for defendant.

21082—George K. Browning v. State of Ohio. Motion for leave to file petition in error to the Court of Appeals of Muskingum county. Meyer & Crossan, and Frazier & Fraser, Zanesville, and J. A. White, Columbus, for plaintiff; Clarence J. Crossland, Zanesville, and J. A. Godown, Columbus, for defendant.

### April 14, 1928

21083—C W Troll et al v. Great Lakes Coal Mining Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Chas. S. Reed, Cleveland, for plaintiffs; Holding, Duncan & Leckie, Cleveland, and Morton, Irvine, Blanchard & TouVelle, Columbus, for defendant.

21084—The John C. Boehm Co. v. Commonwealth Banking & Trust Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. White, Hammond, Brewer & Curtiss, Cleveland, for plaintiff; Dustin, McKeehan, Merrick, Arter & Stewart, Cleveland, for defendant.

21085—The Carey Co. et al v. Michael Mantsch et al. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. J. G. Lipkin, J. C. Logue, Klein & Zaller, Holding, Duncan & Leckie and Griswold, Green, Palmer & Hadden, Cleveland, for plaintiffs; Calfee, Fogg & White, Cleveland, for defendants.

21086—Industrial Commission of Ohio v. Frederico Gardinio. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. E. C. Turner and R. R. Zurmehly, Columbus, and John A. Elden, Cleveland, for plaintiff; M. S. Cerrezin, Cleveland, for defendant.

21087—Claude A. Ligenfelter v. Marion G. Ligenfelter. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Sears & Sears, Bucyrus, for plaintiff; Chas. S. Schafer, Bucyrus, for defendant.

### April 16, 1928

21088—Charles Franke v. The Blair Realty Co. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Holbrook & Banker, Toledo, for plaintiff; Smith, Baker, Effler & Eastman, Toledo, for defendant.

21089—Wilson Matthews et al v. The State Mortgage & Investment Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. W. P. Barnum, Youngstown, for plaintiff; Bulkley, Hauxhurst, Jamison & Sharp, Cleveland, for defendant.

21090—F. J. Rummell et al v. The State Mortgage & Investment Co. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. W. P. Barnum, Youngstown, for plaintiff; Bulkley, Hauxhurst, Jamison & Sharp, Cleveland, for defendant.

### April 17, 1928

21091—J. H. Moonen v. Milton B. Flynt. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. D. W. Spellman, Cleveland, for plaintiff; Dunlap, Stephens & Stephens, Cleveland, for defendant.

21092—Lewis H. Harkness v. John J. Routson, Admr. Motion for an order directing the Court of Appeals of Hancock county to certify its record. Foster & Sheridan and Geo. H. Phelps, Findlay, for plaintiff; Dunn & Dunn and A. G. Fuller, Findlay, for defendant.

## PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET
#### Wednesday, April 18, 1928

20625—Commonwealth Casualty Co. v. Clifford Headers. Cuyahoga. Judgment reversed and judgment for plaintiff in error. Dock. 5 Abs. 471.

20664—Cleveland Window Glass & Door Co. v. the National Surety Co. Cuyahoga. Judgment affirmed. Dock. 5 Abs. 491.

20665—State, ex rel. Ida Bredwell v. George W. Hershner. Butler. Judgment reversed and cause remanded. Dock. 5 Abs. 506.

20699—State, ex rel. R. L. Davis v. Industrial commission. In mandamus. On rehearing. Writ allowed. Dock. 5 Abs. 522.

2. In prosecution, before justice of peace, for selling liquor, statements by defendant to attorney who was police prosecutor, made after defendant was informed that attorney was prosecuting case and could not represent defendant, and not made for purpose of employing prosecutor as defendant's attorney, were not inadmissible as confidential communication between attorney and client.

3. In prosecution, before justice of peace, for selling liquor, inferences from record, showing defendant's premises were on certain street, and that justice court was held in particular county, was sufficient to show venue of offence in county of trial, though there was no direct testimony that defendant's premises were in county of trial.

(Sullivan, PJ., concurs. Levine, J., dissents.)

For reference to full opinion, see Omnibus Index, last page, this issue.